IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AMENDMENTS TO THE LOCAL RULES OF ) | Misc. No. 1993-21 |
| CRIMINAL PROCEDURE ) | |
| _____ ) | |

### ORDER

The Court hereby proposes amendments to the Local Rules of Criminal Procedure (see attachment).  Accordingly, it is hereby

**ORDERED** that the public and members of the bar are hereby given notice and opportunity to comment on the proposed amendments, as required by 28 U.S.C. § 2071(b).  Such comment may be submitted to the Clerk of Court in writing or may be made orally at public hearings at the District Court on October 6, 2008, at 12:00 noon, in the main courtroom in St. Thomas and in the Magistrate Judge's courtroom on St. Croix.  Any amendments, including modifications suggested by the public and bar to the Local Rules of Criminal Procedure, will take effect on October 10, 2008.

S_____
          **CURTIS V. GÓMEZ**
             **Chief Judge**